STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Thomas S. Schneidau
Milling, Benson, Woodward
827 West 22nd Avenue
Covington LA 70433

**REHEARING ACTION: April 23, 2014**

**Docket Number: 13   01182-CA**

**LAUREEN OLSON**
**VERSUS**
**LOUISIANA MEDICAL MUTUAL INS. CO., ET AL.**

**Appealed from Lafayette Parish Case No. C-20131850**

<u>**BEFORE JUDGES**</u>:

   **Hon. Jimmie C. Peters**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Louisiana Medical Mutual Insurance Company, Paul M. Toce, Jr.,**

**M.D. and Paul M. Toce, Jr., APMC** has this day been

   **DENIED.**

cc: Irving Hirsch Koch, Counsel for the Appellee
    Joseph Lomax Jordan, Jr., Counsel for the Appellant
    Michael Wayne Adley, Counsel for the Appellee